TX/SD/JS-15 (1/1/94)

**COURTROOM MINUTES:** ☑ INITIAL APPEARANCE ☐ IDENTITY/REMOVAL

☐ BOND HEARING      ☐ PRELIMINARY HEARING
☐ DETENTION HEARING
☐ COUNSEL DETERMINATION HEARING
☐ HEARING CONTINUED ON _____

**CLERK, U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**

**FILED**
1/11/02

**MICHAEL N. MILBY, Clerk**

THE HONORABLE **JOHN R. FROESCHNER** Presiding

Deputy Clerk: **S. Anderson**

OPEN: **10:22** ADJOURN: **10:28**
RECESS FROM: _____ TO: _____

☑ ERO/Tape No: **1** CTRM # **5** Start **1560** End **1815**

Additional Tape No. _____ Start _____ End _____

☐ USPO ☐ PTSO _____ ☑ Deft ☐ MW - ☐ does ☑ does not need an interpreter.

☐ Other District ☑ Division **Houston**

INTERPRETER PRESENT: ☑ No ☐ Yes, Name: _____

Case No. **CR-H-99-268**

CR **B-02-02-M** DEFT No. **1** USDJ _____

UNITED STATES OF AMERICA

§
§
§
§
§
§
§
§

_____, AUSA

☐ kgaddatty.

VS

**Dan Lee**

#1

Counsel for Defendants Appt - (A), Retd - (R), FPD - (F)

| | | |
|---|---|---|
| ☐ kars | Date of arrest: **1-11-02** or ☑ karsr40 | |
| ☑ kia | Deft first appearance. Deft advised of rights/charges ☑ Probation violator ☐ Pretrial Release Violator | |
| ☐ kcnsl | Deft first appearance with counsel. | |
| ☑ | ☑ Deft ☐ MW ☐ _____ appeared ☐ with ☑ without counsel. | |
| ☑ | Requests appointed counsel. | |
| ☐ kfinaff | FINANCIAL AFFIDAVIT executed. | |
| ☑ koapptpd | Order appointing Federal Public Defender. | |
| ☐ k20appt | Private Counsel appointed, _____ | |
| ☐ | Deft advises he will retain counsel. He retained _____ | |
| ☐ ko.(bnd.) | Bond ☐ set ☐ reduced to $ _____ ☐ Cash ☐ Surety ☐ 10% ☐ PR ☐ Unsecured. | |
| ☐ | Bond ☐ revoked ☐ reinstated | |
| ☐ | Surety signatures required _____ , _____ . | |
| ☐ kodtn | No bond set at this time, 10 day DETENTION ORDER entered. | |
| ☐ kodtn | ORDER OF TEMPORARY DETENTION PENDING HEARING entered. | |
| ☐ kodtn | ORDER OF DETENTION PENDING TRIAL entered. | |
| ☐ kocondrls | Deft advised of conditions of release. | |
| ☐ kbnd | BOND EXECUTED, ☐ Deft ☐ MW released ( ☐ State Authorities, ☐ INS ) | |
| ☑ kloc.(LC) | ☑ Deft ☐ MW REMANDED to CUSTODY. | |
| ☐ kao94 | Deft ORDERED REMOVED to Originating District. | |
| ☐ kwvprl | WAIVER of ☐ Preliminary ☐ kwvr40hrg . . Waiver of Rule 40 Hearing ☐ kwvr . . Waiver of Detention Hearing | |
| ☐ | Court finds PROBABLE CAUSE ☐ ID ☐ PC. | |
| ☐ karr | Arraignment set _____ ☐ kdtnhrg. Detention Hearing set _____ | |
| ☐ kprlxm | Preliminary set _____ ☐ kbndhrg. Bond Hearing set _____ | |
| ☐ kcnsldet | Counsel Determination Hearing set _____ | |
| ☐ krmvhrg | Identity/Removal Hearing set _____ . | |
| ☐ | Deft failed to appear. Oral ORDER for ISSUANCE OF BENCH WARRANT. Bond FORFEITED. (kloc./LF) | |
| ☑ | See reverse for additional proceedings and attorneys addresses. | |

| Deft. No. | Deft. Name | | Deft. Atty. |
|---|---|---|---|
| _____ | _____ | § | _____ |
| _____ | _____ | § | _____ |
| _____ | _____ | § | _____ |
| _____ | _____ | § | _____ |
| _____ | _____ | § | _____ |
| _____ | _____ | § | _____ |

Appt - A,   Retd - R,   FPD - F

New atty info:

Name _____  _____  _____

Address _____  _____  _____

Phone _____  _____  _____

Other proceedings cont'd

1.) Oral Order for USM to Remove Δ to Houston Div F/Prelim Hng.

Tape No. _____1_____                    Additional Tape No. _____

Start __1516__    Stop __1815__         Start _____    Stop _____

PROB 12C
(5/00)

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED
12/21/01
MICHAEL N. MILBY, CLERK

## UNITED STATES DISTRICT COURT
### for the
## SOUTHERN DISTRICT OF TEXAS

### Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Dan Lee | Case Number: | 4:99CR00268-001 |

Name of Sentencing Judge: The Honorable Kenneth M. Hoyt

Date of Original Sentence: November 29, 1999

Original Offense: False statement or claim; 45 U.S.C. 359 (a)

Original Sentence: Four years probation; $25.00 special assessment, $3960 restitution. Special Conditions: Financial Disclosure, defendant is prohibited from possessing a credit access device, such as a credit card.

Type of Supervision: Probation          Supervision Started: November 29, 1999

Assistant U.S. Attorney: To be assigned          Defense Attorney: To be assigned

### EARLIER COURT ACTION

April 10, 2000: The Court signed a violation petition and agreed to continue the defendant on supervision and in drug treatment after he tested positive for marijuana.

### PETITIONING THE COURT

TO ISSUE A WARRANT for defendant located at 316 South 18th, West Columbia, Texas 77486

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | DRUG POSSESSION/USAGE(STANDARD CONDITION): On November 22, 2001, Mr. Lee unlawfully possessed and used marijuana, a controlled substance not prescribed by a physician. At an office visit on December 7, 2001, Mr. Lee admitted to using Marijuana on November 22, 2001. |
| 2 | FAILURE TO SUBMIT TO URINE SURVEILLANCE:(SPECIAL CONDITION): On December 7, 2001, Mr. Lee refused to submit to a urinalysis test when asked to do so by the probation officer. |
| 3 | LAW VIOLATION (MANDATORY CONDITION): On August 8, 2001, Mr. Lee was arrested by the Brazoria County Sheriff's Department and he was charged with theft by check. This charge is in violation of Texas Penal Code 31.06 and is pending in Cause 116,704M in Brazoria County, Texas. Disposition has been scheduled for December 12, 2001. |

33

RE: Dan Lee
Dkt: 4:99CR00268-001

U.S. Probation Officer Recommendation:

[X]    The term of supervision should be
    [X]    revoked.
    [ ]    extended for years, for a total term of years.

[ ]    The conditions of supervision should be modified:

Approved:                                                    Respectfully submitted:

by

Florence Hatch, Supervising                    Jesus Adame
U.S. Probation Officer                              U.S. Probation Officer
                                                 December 18, 2001

THE COURT ORDERS:

[ ]    No Action

[X]    The Issuance of a Warrant, and a bond of $ 25,000. — cash/surety with supervision as
    directed by the Probation Officer as a condition of said bond.

[ ]    The Issuance of a Summons.

[ ]    Other _____

Kenneth M. Hoyt
United States District Judge

12.20.01
      Date

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

V.

DAN LEE

**WARRANT FOR ARREST**

*CR-G-02-02-M*

CRIMINAL CASE NUMBER:   CR H-99-268-01

To: The United States Marshal  and any authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest  DAN LEE

and bring him or  her forthwith to the nearest magistrate to answer a(n)

| | Indictment | | Information | | Complaint | X | Order of Court | | Violation Notice | | Probation Violation Petition |

charging him or her with (brief description of offense):

Violation of conditions of Probation

in violation of Title United States Code, Section(s)

| Michael N. Milby | Clerk |
|---|---|
| Name of issuing Officer | Title of Issuing Officer |
| by                                  Deputy Clerk | Houston., TX        December 21, 2001 |
| Signature of Issuing Officer | Date and Location |
| Government Requests | |
| Bail Fixed at | by          Kenneth M. Hoyt |
| | United States District  Judge |

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at: |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | | |
| DATE OF ARREST | | |